BRETT L. TOLMAN, United States Attorney (#8821)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
email: drew.yeates@usdoj.gov

FILED
U.S. DISTRICT COURT

2009 MAR 19  A 11: 09

BY: _____

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **I N D I C T M E N T** |
| Plaintiff, | : | VIO. 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm |
| vs. | : | |
| JACK LEE CRITES, | | |
| Defendant. | | Case: 2:09-cr-00149<br>Assigned To : Greene, J. Thomas<br>Assign. Date : 3/18/2009<br>Description: USA v. |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about January 31, 2009, in the Central Division of the District of Utah,

JACK LEE CRITES,

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one (1) year, did knowingly possess in and affecting interstate commerce a firearm,

to wit: a Romarm model GP WASR 10/63 rifle; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney